# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEASIA F. PULLUM,<br><br>        Plaintiff,<br><br>v.<br><br>CHECK-6 TRAINING SYSTEMS, INC.,<br><br>        Defendant. | Case No. 16-CV-716-GKF-FHM |

## JUDGMENT

Pursuant to the court's Opinion and Order of January 3, 2019, granting summary judgment in favor of defendant Check-6 Training Systems, Inc., it is hereby ordered that plaintiff Aleasia F. Pullum recover nothing, and that the action be dismissed on the merits.

ENTERED this 3rd day of January, 2019.

GREGORY K. FRIZZELL, CHIEF JUDGE